MIRIAM LOPEZ (SBN 151560)
DAVID ADELSTEIN (SBN 105250)
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
500 N. Central Avenue, Suite 800
Glendale, CA 91203
Telephone: (818) 973-3200

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA PRODUCER PENSION PLANS AND TRUSTEES OF THE DIRECTORS GUILD OF AMERICA HEALTH PLAN,<br><br>PLAINTIFF(S)<br>v.<br>LAKESHORE ENTERTAINMENT GROUP, LLC, a California limited liability company, LAKESHORE ENTERTAINMENT CORP., a Delaware corporation, 200 PRODUCTIONS CORP., a Delaware corporation, WICKER PARK PRODUCTIONS, LLC, a California limited liability company, ARLINGTON ROAD PRODUCTIONS CORP., a Delaware corporation, AUTUMN LEAVES PRODUCTIONS CORP., a Delaware corporation, BARTLETT PRODUCTIONS, LLC, a California limited liability company, BC PRODUCTIONS, LLC, a California limited liability company, CRANK PRODUCTIONS, LLC, a California limited liability company, CRANK 2 PRODUCTIONS, LLC, a California limited liability company, DG PRODUCTIONS, LLC, a California limited liability company, DHS PRODUCTIONS, INC., a California corporation, FOL PRODUCTIONS, LLC, a California limited liability company, KABLE PRODUCTIONS, LLC, a California limited liability company, TG PRODUCTIONS CORP., a Delaware corporation, HP PRODUCTIONS, LLC, a California limited liability company, UNDERDOG FILMS, INC., a California corporation, HUMAN STAIN PRODUCTIONS, LLC, a Delaware limited liability company, LAST KISS PRODUCTIONS, LLC, a California limited liability company, MMT PRODUCTIONS, LLC, a California limited liability company, NEXT BEST THING PRODUCTIONS CORP., a Delaware corporation, PASSION OF MIND PRODUCTIONS CORP., a Delaware corporation, PATHOLOGY PRODUCTIONS, LLC, a California limited liability company, SZ PRODUCTIONS, INC., a California corporation, BLUEBIRD PICTURES CORP., an Illinois corporation, SUBTERRANEAN PRODUCTIONS, LLC, a Delaware limited liability company, UW2 PRODUCTIONS, LLC, a California limited liability company, and UNTRACEABLE PRODUCTIONS, LLC, a California limited liability company,<br>DEFENDANT(S). | CASE NUMBER<br>CV12-11031-RGK (SMx)<br><br>NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT<br>(For use with State Service only) |

**To:** Stephen Mick, Barnes & Thornburg LLP, 2049 Century Park East, Suite 3550, Los Angeles, CA 90067

---

320768.1 12000-22006 CV-21 (02/04) **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

American LegalNet, Inc.
www.FormsWorkflow.com

The summons and complaint served herewith are being served pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on _____May 1, 2013._____

/s Jennifer L. Palmer
*Signature of Sender*
Jennifer L. Palmer

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

2049 Century Park East #3550, LA 90067 on May 1, 2013
*Address*                                                                 *Date*

[Signature]
*Signature*

Attorney for Defendants
*Relationship to Entity/Authority to Receive Service of Process*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 500 North Central Avenue, Suite 800, Glendale, California 91203-3345.

On May 14, 2013, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3) BY NOT MORE THAN 30 DAYS** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bush Gottlieb Singer López Kohanski Adelstein & Dickinson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Stephen Mick
Barnes & Thornburg LLP
2049 Century Park East
Suite 3550
Los Angeles, CA 90067

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

- **David Adelstein**
  dadelstein@bushgottlieb.com,jemmett@bushgottlieb.com
- **Miriam Lopez**
  mlopez@bushgottlieb.com,jpolzin@bushquinonez.com
- **Jason Wojciechowski**
  jasonw@bushgottlieb.com,jpolzin@bushgottlieb.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2013, at Glendale, California.

*/s/ Jennifer L. Palmer*
Jennifer L. Palmer